**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Salvatore S. Arcadipane, Jr.,<br>     aka Salvatore Samuel Arcadipane, Jr.<br>                            &<br>     Marilyn K. Arcadipane<br>                       <u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 17-12133 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                             Respectfully submitted,

                                             **/s/ Matteo S. Weiner, Esquire**
                                             Matteo S. Weiner, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322 FAX (215) 627-7734