# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2016**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| SALVATORE S ARCADIPANE JR | - - |

| Box 3. Benefits Paid in 2016 | Box 4. Benefits Repaid to SSA in 2016 | Box 5. Net Benefits for 2016 (Box 3 minus Box 4) |
|---|---|---|
| $26,998.80 | NONE | $26,998.80 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $23,166.00 | NONE |
| Medicare Part B premiums deducted from your benefits | $1,258.80 | |
| Voluntary Federal income tax withheld | $2,574.00 | |
| Total Additions | $26,998.80 | |
| Benefits for 2016 | $26,998.80 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

SALVATORE S. ARCADIPANE, JR.   :   BANKRUPTCY NO. 17-12133
And MARILYN K. ARCADIPANE     :
                              :   Chapter 7
        Debtors               :

### STATEMENT IN ADDITION TO EMPLOYEE INCOME RECORDS

The above-captioned Debtor, Salvatore S. Arcadipane, in addition to receiving pay advices, receives Social Security benefits. Attached is a copy of a statement from the Social Security Administration showing his Social Security benefits.

　　　　　　　　　　　　　　　　　　/s/ Stephen J. Palopoli III
　　　　　　　　　　　　　　　　　　Stephen J. Palopoli, III, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　　1125 S. Cedar Crest Blvd., Suite 205
　　　　　　　　　　　　　　　　　　Allentown, PA 18103
　　　　　　　　　　　　　　　　　　Attorney ID 53647