# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

## 2016
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | | Box 2. Beneficiary's Social Security Number |
|---|---|---|
| MARILYN K ARCADIPANE | | |
| Box 3. Benefits Paid in 2016 | Box 4. Benefits Repaid to SSA in 2016 | Box 5. Net Benefits for 2016 *(Box 3 minus Box 4)* |
| $11,026.80 | NONE | $11,026.80 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $8,791.20 | NONE |
| Medicare Part B premiums deducted from your benefits | $1,258.80 | |
| Voluntary Federal income tax withheld | $976.80 | |
| Total Additions | $11,026.80 | |
| Benefits for 2016 | $11,026.80 | |

Box 6. Voluntary Federal Income Tax Withheld

$976.80

Box 7. Address

MARILYN K ARCADIPANE
2866 HOPE RIDGE DR
EASTON PA  18045-8144

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

Form **SSA-1099-SM** (1-2017)    **DO NOT RETURN THIS FORM TO SSA OR IRS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| SALVATORE S. ARCADIPANE, JR. | : | BANKRUPTCY NO. 17-12133 |
| And MARILYN K. ARCADIPANE | : | |
| | : | Chapter 7 |
| Debtors | : | |

STATEMENT IN LIEU OF EMPLOYEE INCOME RECORDS

The above-captioned Debtor, Marilyn K. Arcadipane, does not receive pay advices.  She receives Social Security benefits.  Attached is a copy of a statement from the Social Security Administration showing her Social Security benefits.

　　　　　　　　　　　　　　　　　　__/s/ Stephen J. Palopoli III_____
　　　　　　　　　　　　　　　　　　Stephen J. Palopoli, III, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　　1125 S. Cedar Crest Blvd., Suite 205
　　　　　　　　　　　　　　　　　　Allentown, PA 18103
　　　　　　　　　　　　　　　　　　Attorney ID 53647