*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Salvatore S. Arcadipane, Jr. and
Marilyn K. Arcadipane
     Debtor(s)

Case No: 17–12133–ref

Chapter: 7

___

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

    NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

        Reaffirmation Agreement Between Debtor and Santander Consumer USA Inc.

        On: 6/22/17

        At: 09:30 AM

        In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Dated: 5/24/17

For The Court

Timothy B. McGrath
Clerk of Court