Certificate Number: 01401-PAE-DE-029242140

Bankruptcy Case Number: 17-12133



01401-PAE-DE-029242140

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 12, 2017, at 5:24 o'clock PM EDT, Salvatore S Arcadipane Jr completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 12, 2017                By:    /s/Jeremy_Lark

                                    Name:  Jeremy_Lark

                                    Title: FCC Manager