Certificate Number: 01401-PAE-DE-029243090

Bankruptcy Case Number: 17-12133



01401-PAE-DE-029243090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 12, 2017</u>, at <u>9:07</u> o'clock <u>PM EDT</u>, <u>marilyn k arcadipane</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 12, 2017</u>            By:     <u>/s/Jeremy  Lark</u>

                                  Name:  <u>Jeremy  Lark</u>

                                  Title:  <u>FCC Manager</u>