United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12133-ref
Salvatore S. Arcadipane, Jr.                                              Chapter 7
Marilyn K. Arcadipane
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Violet            Page 1 of 1          Date Rcvd: May 24, 2017
                            Form ID: 172            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db/jdb     +Salvatore S. Arcadipane, Jr.,   Marilyn K. Arcadipane,   2866 Hope Ridge Drive,
             Easton, PA 18045-8144
cr          American Express Centurion Bank,   c/o Becket & Lee LLP,   .PO Box 3001,
             Malvern, PA 19355-0701
cr         +Santander Consumer USA Inc.,   c/o Stewart, Zlimen & Jungers, Ltd,
             2277 HIghway 36 West, Suite 100,   Roseville, MN 55113-3896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: gecsedi@recoverycorp.com May 25 2017 01:15:38      Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              STEPHEN J. PALOPOLI, III    on behalf of Joint Debtor Marilyn K. Arcadipane s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              STEPHEN J. PALOPOLI, III    on behalf of Debtor Salvatore S. Arcadipane, Jr.
               s.palopoli@verizon.net,   betsylavelle@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Salvatore S. Arcadipane, Jr. and
Marilyn K. Arcadipane
    Debtor(s)

Case No: 17–12133–ref
Chapter: 7

___

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

    Reaffirmation Agreement Between Debtor and Santander Consumer USA Inc.

    On: 6/22/17

    At: 09:30 AM

    In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Dated: 5/24/17

Timothy B. McGrath
Clerk of Court

18 – 17
Form 172